**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LANDMARK LEGAL FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. )<br>_____ ) | Civil No.  15-1655 (CKK) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff Landmark Legal Foundation and Defendant Health and Human Services ("HHS") (collectively "the Parties"), through their undersigned counsel, hereby settle and dismiss the above-entitled lawsuit brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Privacy Act, 5 U.S.C. § 552a. The Parties stipulate and agree to the following provisions:

1. In consideration of Plaintiff's agreement that this action shall be dismissed with prejudice, Defendant shall pay Plaintiff the total sum of $6,500.00 (six thousand five hundred dollars) in full settlement of its claims for attorney's fees, costs, and expenses. This payment shall be made by an electronic transfer of funds as specified in instructions provided to Defendant's counsel by Plaintiff's counsel in writing. Payment shall be made as promptly as practicable, consistent with the normal processing procedures followed by HHS.  The request for payment shall be submitted

within 5 days of the filing of this Stipulation. Plaintiff and Plaintiff's counsel shall cooperate with Defendant to ensure that all documentation required to process this payment is complete and accurate. This payment is inclusive of Plaintiff's attorneys' fees, costs, and other litigation expenses, and Defendant shall have no further liability for those fees, costs, and expenses.

2. The execution and filing of this Stipulation signed by both parties shall constitute a dismissal of the above-captioned civil action with prejudice pursuant to Fed. R. Civil. P. 41(a)(1)(A)(ii).

3. This Stipulation provides for the full and complete satisfaction of all claims which have been or could have been asserted by Plaintiff against HHS in the above-captioned civil action.

4. This Stipulation does not constitute an admission of liability or fault on the part of HHS, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims. This Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against the Defendant or the United States, or any agency or instrumentality of the United States.

5. The Parties understand that this Stipulation contains the entire agreement between Plaintiff and Defendant; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Defendant, or their respective counsel, not included herein shall be of any force and effect.

6. This Stipulation of Settlement may not be amended, modified, waived, or supplemented except by written instrument executed by duly authorized representatives of both parties.

7. This Agreement may be executed electronically or in one or more counterparts, each of which will be deemed an original, and all of which together constitute one and the same instrument. This Agreement may be executed in facsimile or Adobe PDF attachments sent via electronic mail with the same force and effect as an executed original of the same.

Executed this 26th day of July, 2016.

Respectfully submitted,

| | |
|---|---|
| CHANNING PHILLIPS, D.C. Bar # 415793<br>United States Attorney<br>for the District of Columbia<br><br>DANIEL F. VAN HORN, D.C. BAR # 924092<br>Chief, Civil Division<br><br>   */s/ Marina Utgoff Braswell*<br>MARINA UTGOFF BRASWELL<br>D.C. BAR #416587<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2561<br>marina.braswell@usdoj.gov<br><br>*Counsel for Defendant* |    */s/ Michael J. O'Neill*<br>MICHAEL J. O'NEILL<br>D.C. Bar No. 478669<br>Landmark Legal Foundation<br>19415 Deerfield Ave., Suite 312<br>Leesburg, VA 20176<br>(703) 554-6100<br>mike@landmarklegal.org<br><br>*Counsel for Plaintiff* |